IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01096-AP

PEGGY LOPEZ,

      Plaintiff,

      v.

MICHAEL ASTRUE, COMMISSIONER OF SOCIAL SECURITY,

      Defendant.

---

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

---

## 1.  APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

For Plaintiff:

Ruth K. Irvin, #10326
Irvin & Irvin
1443 Spruce Street
Boulder, CO 80302
303-543-0337
Fax: 303-543-0389
E-Mail: rkirvin@irvinlaw.net

For Defendant:

DAVID M. GAOUETTE
United States Attorney


Kevin Thomas Traskos
Assistant U.S. Attorney
Kevin.Traskos@usdoj.gov


Allan Berger
Special Assistant U.S. Attorney
1961 Stout St., Suite 1001A
Denver, CO 80294
Telephone: (303) 844-2149
Fax: (303) 844-0770
allan.berger@ssa.gov

## 2.  STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 USC 405(g).

## 3.  DATES OF FILING OF RELEVANT PLEADINGS

   **A.     Date Complaint Was Filed: 5/11/09**
   **B.     Date Complaint Was Served on U.S. Attorney's Office: 5/18/09.**
   **C.     Date Answer and Administrative Record Were Filed: 8/14/09.**

## 4.  STATEMENT REGARDING THE ADEQUACY OF THE RECORD

**Plaintiff states:** Although Plaintiff's counsel will thoroughly review the Record, the accuracy and completeness of the Administrative Record cannot be ascertained until after Plaintiff's final opening brief is finally drafted and filed.

**Defendant states:** To the best of his knowledge, the record is complete.

## 5.  STATEMENT REGARDING ADDITIONAL EVIDENCE

**Plaintiff states:**  See paragraph four above.

**Defendant states:**  None anticipated.

## 6.  STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

**Plaintiff states:**  This case involves no unusual claims
**Defendant states:**  This case does not involve unusual claims or defenses.

## 7.  OTHER MATTERS

**Plaintiff states:**   The record appears to be complete, but a final position by Plaintiff cannot be determined until the final draft of her opening brief is filed.

**Defendant states**:  To the best of his knowledge, there are no other matters.

## 8.  BRIEFING SCHEDULE

   **A.     Plaintiff's Opening Brief Due: 10/20/09**
   **B.     Defendant's  Response Brief Due: 11/19/09**
   **C.     Plaintiff's  Reply Brief Due: 12/3/09**

**9.  STATEMENTS REGARDING ORAL ARGUMENT**

    **A.**    **Plaintiff's Statement:** Oral Argument is requested if only to clarify any outstanding issues, and at the Court's behest.

    **B.**    **Defendant's Statement:**  Oral Argument is not requested.

**10.  CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    **A.**    **(  )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    **B.**    **(X)  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.  OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1 BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL *PRO SE* PARTIES.

**12.  AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

***The parties agree that  the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.***

    DATED:  September 3, 2009

                    BY THE COURT:


                    ***s/John L. Kane***         
                    U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/Ruth K. Irvin<br>Ruth K. Irvin, #10326<br>Irvin & Irvin<br>1443 Spruce Street<br>Boulder, CO 80302<br>303-543-0337<br>Fax: 303-543-0389<br>E-Mail: rkirvin@irvinlaw.net | DAVID M. GAOUETTE<br>United States Attorney<br><br>Kevin Thomas Traskos<br>Assistant U.S. Attorney<br>kevin.traskos@usdoj.gov<br><br>s/ Allan Berger<br>Allan Berger<br>Special Assistant U.S. Attorney<br>1961 Stout St., Suite 1001A<br>Denver, CO 80294<br>Telephone: (303) 844-2149<br>Fax: (303) 844-0770<br>allan.berger@ssa.gov<br><br>Attorneys for Defendant |