IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **09-cv-1096-AP**

**PEGGY LOPEZ,**

             Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

             Defendant.

---

## ORDER

---

Kane, J.

        The Unopposed Application for Attorney Fee Under the Equal Access to Justice Act,

(doc. #21), filed March 3, 2010, is **GRANTED**.  In consideration thereof, it is

        **ORDERED** that the Defendant pay to Plaintiff, through counsel, reasonable attorney

fees in the amount of **$2,350.00**.

        Dated at Denver, Colorado, this 8th day of March, 2010.

                              BY THE COURT:


                              *S/John L. Kane*
                              JOHN L. KANE, SENIOR JUDGE
                              UNITED STATES DISTRICT COURT